```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  NORTHERN DIVISION
```

MARY SLY                                                  PLAINTIFF

VS.                         CIVIL ACTION NO. 3:21-cv-00208-TSL-RHWR

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                   DEFENDANT

## ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Robert H. Walker entered on May 24, 2022, recommending that this case be dismissed with prejudice. Neither party has filed an objection and the time for doing so has expired. Having considered the report and recommendation, together with the record in this case, and having concluded that the report and recommendation is neither clearly erroneous nor contrary to law, the court will adopt the May 24, 2022 report and recommendation as its own opinion.

Based on the foregoing, the court hereby adopts, as its own opinion, the May 24, 2022 report and recommendation of Magistrate Judge Robert H. Walker. It follows that the case will be dismissed with prejudice.

A separate judgment will be entered in accordance with Rule

1

58 of the Federal Rules of Civil Procedure.

SO ORDERED this _9th day of June, 2022.


_/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE